# Jeffrey R. Parry, Esq.

## Attorney and Counselor at Law

Manuel Katsoulis, Esq.                                                JeffreyParry404@gmail.com

7030 East Genesee Street<br>
Fayetteville, N.Y. 13066<br>
(315) 412-9126<br>
<em>- not for service of process -</em>

Hon. Therese Wiley Dancks                   September 15, 2021
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7396                          *Via Electronic Filing*

    Re: *Maitland v. State of New York, et al.*; 5:21-cv-00475

Dear Judge Dancks,

    First, please accept my sincere apologies for my delay in answering. My office is engaged in several District Court cases at the moment that, by anyone's measure, are in the midst of remarkable turmoil. While this does not excuse my failure to timely respond to the Court's request, I hope you will understand that my mind was simply focused on very immediate matters, the likes of which I have literally never seen in my considerable time in practice. If the Court has any question as to the gravity of the situation, I would be glad to elaborate further. However, I do wish to thank you for your patience and I hope you will accept my apology as well. I certainly meant no disrespect.

    As to the matter of service upon the captioned defendant Lisa Qi Wang, M.D., I am informed that she has not been served and neither my process server nor myself are presently aware of her whereabouts.

    Once again, thank you for your patience and courtesies.

                                                           Very truly yours,

                                                           *Jeffrey Parry*
                                                           Jeffrey Parry