**Linda H. Joseph**
ljoseph@sjalegal.com
716-861-1398



January 30, 2025

***Via ECF (w/o attachments) &***
***Federal Express (w/ attachments)***

Hon. Therese Wiley Dancks
U.S. Magistrate Judge
United States District Court
for the Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

> ***Re:*** ***Ceceleta Maitland v. State University of New York System; Upstate Medical***
> ***Center; University Radiology Associates, LLP and David Feiglin, (NYND) 21-***
> ***CV-00475 (MAD-TWD)***

Dear Judge Dancks:

      In accordance with the Court's January 29, 2025 order, I have enclosed the motion papers filed today which seek an order granting permission to me and my law firm to withdraw as counsel in this case. The motion papers are composed of the Notice of Motion, the supporting Affirmation of Linda H. Joseph, Esq. dated January 30, 2025 (submitted under seal in accordance with the permission granted in the Court's January 29, 2025 order) and the Certificate of Service. The Court's January 29, 2025 order is attached to the Notice of Motion as Exhibit A. A proposed order, as required by Local Rule 5.3, granting permission to file the motion under seal is also enclosed.

      It is respectfully urged that enclosed motion be granted and that the Court grant such other and further relief as it deems proper and just.

                         Respectfully submitted,

                         **SCHRÖDER, JOSEPH & ASSOCIATES, LLP**

                         s/Linda H. Joseph

                         _____

                         Linda H. Joseph
                         NY Bar No. 1594142
                         394 Franklin Street, Second Floor
                         Buffalo, New York 14202
                         Tel: (716) 881-4902
                         Cell: (716) 861-1398
                         Fax: (716) 881-4909
                         ljoseph@sjalegal.com

                         *Attorneys for the Plaintiff*

**Linda H. Joseph**
ljoseph@sjalegal.com
716-861-1398

cc:      Dr. Ceceleta Maitland
         11127 N. Weston Dr., Apt 232
         Mequon, WI 53092